UNITED STATES of America,
Plaintiff—Appellee,

v.

Charles KEITH, Defendant—Appellant.

No. 05–7949.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 16, 2006.

Decided: July 11, 2006.

Charles Keith, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Keith appeals the district court's order denying his motion for reconsideration of the district court's order denying his motion for resentencing. We

have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Keith,* No. CR–97–4 (N.D.W.Va. Sept. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*